# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

v.

**LUIS COLON, JR.**

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

M.J. No.: 04M-1005-JGD

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about **February 4, 2004** in **Essex County** in the District of **Massachusetts**, defendant did willfully and knowingly attempt to steal and purloin cash and things of value in excess of $1000 consisting of goods and property of the United States in violation of Title **18** United States Code, Section **641**. I further state that I am a **F.B.I. Task Force Agent** and that this complaint is based on the following facts:

**Please see attached Affidavit of Special Agent Sharon Huber**

Continued on the attached sheet and made a part hereof:  [x] Yes  [ ] No

_____
Signature of Complainant
**Special Agent Sharon Huber**

Sworn to before me and subscribed in my presence,

**March 2, 2004**         at   **Boston, Massachusetts**
Date                            City and State

**JUDITH G. DEIN**
**United States Magistrate Judge**          _____
Name and Title of Judicial Officer          Signature of Judicial Officer