AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF _Massachusetts_

UNITED STATES OF AMERICA

v.

_Luis Colon, Jr._

**WARRANT FOR ARREST**

CASE NUMBER: _04m-1005-JGD_

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Luis Colon Jr_
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) _18 USC § 641_

in violation of
Title _18_ United States Code, Section(s) _641_

_Judith Gail Dein_
Name of Issuing Officer

_Judith Gail Dein_
Signature of Issuing Officer

_US Magistrate Judge_
Title of Issuing Officer

_3/2/04 Boston, MA_
Date and Location

Bail fixed at $ _____ by _____
<br>Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.