AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Luis Colon, Jr.

**WARRANT FOR ARREST**

CASE NUMBER: 04m-1005-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Luis Colon JR___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)  18 USC § 641

in violation of Title ___18___ United States Code, Section(s) ___641___

Judith Gail Dein
Name of Issuing Officer

Judith Gail Dein
Signature of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

3/2/04 Boston, MA
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/8/04

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LUIS COLON, JR.

ALIAS: LUIS LIPPS

LAST KNOWN RESIDENCE: 170 SPRUCE STREET, MANCHESTER, NH

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year):

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3926

HEIGHT:                                             WEIGHT:

SEX:                                                RACE:   HISPANIC

HAIR:                                               EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: FBI, ONE CENTER PLAZA, BOSTON, MA