UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:04-mj-01005-jgd |
| ) | |
| LUIS COLON ) | |

## MOTION TO FILE ATTACHED MOTION UNDER SEAL

The defendant, Luis Colon, is filing herewith an Assented-To Emergency Motion To Seal and For Protective Order Pursuant to District Court Judge's Order Dated April 8, 2004. For the reasons explained in that motion, it contains information that is sensitive and potentially dangerous to the defendant and others, and therefore should not be part of the public record.

                                        Respectfully submitted,
                                        Luis Colon,
                                        By his attorney,

                                        */s/ Amy Baron-Evans*
                                        Amy Baron-Evans (BBO #560312)
                                        Dwyer & Collora, LLP
                                        600 Atlantic Avenue
                                        Boston, MA 02210
                                        (617) 371-1000

Dated: April 14, 2004

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4-14-04.

*/s/ Amy Baron-Evans*